```
1   LAWRENCE J. GORNICK, ESQ. (SBN 136290)
    DENNIS J. CANTY, ESQ. (SBN 207978)
2   EMILY CHARLEY, ESQ. (SBN 238542)
    LEVIN SIMES KAISER & GORNICK LLP
3   One Bush Street, 14th Floor
    San Francisco, California 94104
4   Telephone    (415) 646-7160
    Facsimile    (415) 981-1270
5
6   Attorneys for Plaintiffs
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10
11
    DERRICK MARTIN AND LARISSA              Case No. C 06 1778 SC
12  MARTIN,
                                            NOTICE OF VOLUNTARY DISMISSAL
13              Plaintiffs,
14      vs.                                 HON. SAMUEL CONTI
15  ASTRAZENECA PHARMACEUTICALS,                    ORDER
    L.P., et al.
16
17              Defendants.
18
19      NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs voluntarily
20  dismiss the above-captioned action without prejudice.
21
22  Dated: May 1, 2006              LEVIN SIMES KAISER & GORNICK LLP
23
24                                  _____
                                    Dennis J. Canty
25                                  Attorneys for Plaintiff
26
27
28
```

IT IS SO ORDERED
Judge Samuel Conti